# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date:  March 27, 2020

| | |
|---|---|
| Nikita L. Friday, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No. CIV-20-14-D |
| | ) |
| Rani Transportation, Inc., et al, | ) |
| | ) |
| Defendants. | ) |

**ENTER ORDER:**

      Unless the Court directs otherwise, the case Scheduling Order will be issued based on the parties' Joint Status Report.  Should the Court decide that a scheduling conference is necessary, the conference will be conducted telephonically, pursuant to the Court's Chambers Rules located on the Court's website.

ENTERED AT THE DIRECTION OF THE HONORABLE TIMOTHY D. DEGIUSTI.

                                            CARMELITA REEDER SHINN, CLERK,

                                            By:    /s/  Mike Bailey
                                                        Deputy Clerk